UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

VICKY JEANETTE SIEGRIST,

                    Plaintiff,                    Case No. 14-cv-14436

v                                         Honorable Thomas L. Ludington
                                         Magistrate Judge Stephanie Dawkins Davis

CAROLYN W. COLVIN,
Commissioner of social security,

                    Defendant.

_____/

**ORDER ADOPTING THE REPORT AND RECOMMENDATION, DENYING
PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT, GRANTING DEFENDANT'S
MOTION FOR SUMMARY JUDGMENT, AND AFFIRMING THE DECISION OF THE
COMMISSIONER**

Plaintiff Vicky Jeanette Siegrist, a 53-year-old, filed an applications for Supplemental

Security Income on January 27, 2012 alleging disability beginning January 6, 2012.  After her

claim was denied by the Commissioner on May 9, 2012, Siegrist timely requested an

administrative hearing.  On May 21, 2013 the ALJ issued a written decision finding that

Siegrist's low back pain, hypothyroidism stats post thyroidectomy, orthostatic hypotension,

depression, and post-traumatic stress disorder were severe at step-two, but at step-three

determined the no combination of impairments met or equaled a listed impairment in the

regulations.  The ALJ then determined that Siegrist was capable of performing a significant

number of jobs in the national economy under step five. The ALJ therefore concluded that

Siegrist was not disabled within the meaning of the Act. After the Commissioner denied

Siegrist's request for review, Siegrist appealed to this Court on November 19, 2014, alleging that

the Commissioner erred in concluding that she was not disabled. *See* ECF No. 1.

Plaintiff Siegrist filed a motion for summary judgment on March 16, 2015.  ECF No. 11. Defendant Commissioner then filed a motion for summary judgment on June 2, 2015. ECF No. 14. On February 17, 2016 Magistrate Judge Stephanie Dawkins Davis issued a report and recommendation. ECF No. 15. Reviewing the Commissioner's decision under a "substantial evidence" standard, the magistrate judge concluded that the ALJ's determination that Siegrist is not disabled was supported by substantial evidence in the record. *Id.*   The magistrate judge therefore recommended that Siegrist's motion for summary judgment be denied, Defendant Commissioner's motion for summary judgment be granted, and the Commissioner's decision be affirmed.

Although the magistrate judge's report explicitly stated that the parties to this action could object to and seek review of the recommendation within fourteen days of service of the report, neither Plaintiff nor Defendant filed any objections.  The election not to file objections to the magistrate judge's report releases the Court from its duty to independently review the record. *Thomas v. Arn*, 474 U.S. 140, 149 (1985).  The failure to file objections to the report and recommendation waives any further right to appeal.

Accordingly, it is **ORDERED** that the magistrate judge's report and recommendation, ECF No. 15, is **ADOPTED**.

It is further **ORDERED** that Plaintiff Vicky Jeanette Siegrist's motion for summary judgment, ECF No. 11, is **DENIED**.

It is further **ORDERED** that Defendant Commissioner's motion for summary judgment, ECF No. 14, is **GRANTED**.

It is further **ORDERED** that the Commissioner of Social Security's decision is **AFFIRMED**.

- 3 -

s/Thomas L. Ludington
THOMAS L. LUDINGTON
United States District Judge

Dated: March 4, 2016

PROOF OF SERVICE

The undersigned certifies that a copy of the foregoing order was served
upon each attorney or party of record herein by electronic means or first
class U.S. mail on March 4, 2016.

s/Michael A. Sian
MICHAEL A. SIAN, Case Manager